IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES, | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| DESIDERIO DISLA ESTEVEZ *also known as* Nelson Orellana | : | NO. 13-0020 |

## ORDER

**AND NOW**, this 24th day of June, 2013, upon consideration of the Government's Motion In Limine To Introduce Evidence of Other Acts Pursuant to Fed. R. Evid. 404(b) (Docket No. 27), the Government's Motion to Admit Tape Recordings (Filed Under Seal) (Docket No. 31), the Defendant's Response in Opposition to both motions (Docket No. 40), and for the reasons discussed at the hearing held on June 21, 2013, and in the accompanying memorandum, the Court hereby **ORDERS** that the Government's Motion In Limine To Introduce Evidence of Other Acts Pursuant to Fed. R. Evid. 404(b) (Docket No. 27) is **GRANTED IN PART** and **DENIED IN PART**, and **ORDERS** that the Government's Motion To Admit Tape Recordings (Filed Under Seal) (Docket No. 31) is **GRANTED IN PART** and **DENIED IN PART**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE