IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

:

vs. : CRIMINAL NO. 13-020-1

DESIDERIO DISLA ESTEVEZ :
a/k/a "Nelson Orellana"

### JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 26th day of June, 2013, came the attorney for the Government and the defendant being present with counsel, and

[ ]  The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]  A jury has been waived, and the Court has found the defendant not guilty as to:

[X]  The jury has returned its verdict, finding the defendant not guilty as to: <u>Counts 2 and 3 of the Indictment.</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

GENE E. K. PRATTER
United States District Judge

cc: U.S. Marshal
Probation Office
Counsel

Cr 1 (8/80)